UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1007 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. NABIL M. ALI, Defendant, | ) | **ORDER** |

This matter comes before the Court on the motion of the United States for an Order compelling discovery and for sanctions. Mary L. Trippler, Assistant United States Attorney, appears for the United States. Defendant was served with the Notice of Motion and motion to compel discovery by U.S. Mail on April 12, 2002. However, he failed to appear at the hearing pursuant to the notice.

Based upon the memorandum, declaration and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion be granted, and that the defendant, Nabil M. Ali, shall provide full and complete answers to plaintiff's discovery within 10 days of this Order;

IT IS FURTHER ORDERED that the Requests for Admissions, served on January 3, 2002, should be deemed admitted for all purposes;

IT IS FURTHER ORDERED that, if defendant fails to comply with an order compelling discovery, (1) a Report and Recommendation will issue, without further notice to defendant, recommending that his answer be stricken, and that default judgment be entered in favor

FILED MAY - 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

of the United States and against defendant without further notice to defendant.

Dated: 5/6/02

Arthur J. Boylan
U.S. Magistrate Judge