UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1007 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NABIL M. ALI,<br><br>Defendant. | ) | **REPORT AND RECOMMENDATION AND ORDER FOR SANCTIONS** |

This matter comes before the Court on Motion of the United States for a Report and Recommendation to the District Court that defendant's answer be stricken and default judgment be entered in favor of the United States as a sanction for failure to comply with discovery and with this Court's May 6, 2002, Order. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the briefs and arguments of counsel and all the files, records and proceedings herein,

IT IS HEREBY RECOMMENDED that defendant's answer be stricken and that default judgment be entered in favor of the United States and against defendant Nabil M. Ali in the principal sum of $4,568.26, plus prejudgment interest to March 21, 2001 in the amount of $3,111.41, together with additional prejudgment interest, costs, postjudgment interest and pursuant to 28 U.S.C. § 2412 costs in the amount of $150.00 as a sanction for failure to comply with the rules of discovery and with this Court's May

FILED MAY 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6, 2002, Order.

Dated: 5/20/02

ARTHUR J. BOYLAN, Magistrate Judge
United States District Court