UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1007 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NABIL M. ALI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Report and Recommendation of the Honorable Arthur J. Boylan, that defendant be found in civil contempt for failing to adhere to this Court's May 6, 2002, Order, that defendant's answer be stricken, and that default judgment be entered in favor of the United States. Mary L. Trippler, Assistant United States Attorney, appears for the United States.

Based upon the Report and Recommendation and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that defendant be immediately found in civil contempt of court without further hearing or testimony, that defendant's answer be stricken, and that default judgment be entered in favor of the United States and against defendant Nabil M. Ali in the principal sum of $4,568.26, plus prejudgment interest to March 21, 2001 in the amount of $3,111.41, together with additional prejudgment interest, costs, postjudgment interest and pursuant to 28 U.S.C. § 2412 costs in the amount of

FILED JUN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUN 14 2002
DEPUTY CLERK

$150.00.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:

Donovan W. Frank, Judge
United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.