UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, Civil No. 01-1007 DWF/AJB

Plaintiffs,

v. NOTICE OF HEARING

NABIL M. ALI,

Defendant.

---

You are hereby given notice that per Defendant's request a hearing regarding the writ of garnishment has been scheduled for November 17, 2003 at 10:00 a.m., in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 10/28/03

Arthur J. Boylan
United States Magistrate Judge

Filed OCT 28 2003
Richard Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials