UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1007 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NABIL ALI,<br><br>Defendant,<br><br>GOLD STAR TAXI,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The answer of the garnishee indicates that no wages are available for garnishment.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 6, 2003, is hereby released.

Dated: 11/14/03

Magistrate Judge
United States District Court

NOV 14 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK